UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of a Subpoena Regarding:   No. 4:25-mc-17

25-049-04   **MOTION TO SEAL**

Regarding Subpoena No.: 2023R00477-003

The United States hereby moves this Court for an order:

Permanently sealing the subpoena filed in this matter and sealing the redacted subpoena for a period of 180 days, subject to renewal, in that the subpoena filed herein discusses an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal the redacted subpoena because premature disclosure may seriously jeopardize that investigation.

Dated this 27th day of February, 2025.

ALISON J. RAMSDELL
United States Attorney

Ann M. Hoffman
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2351
Facsimile: (605)330-4410
E-Mail: Ann.Hoffman@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of a Subpoena Regarding:  No. 4:25-mc-17

25-049-04  **ORDER TO SEAL**

Regarding Subpoena No.: 2023R00477-003

The United States having moved this Court for an order to seal, and good cause having been shown therefor, it is hereby

ORDERED:

1. That the unredacted subpoena filed in this matter be permanently sealed.

2. That the redacted subpoena filed in this matter shall be sealed for a period of 180 days, subject to renewal, unless ordered otherwise by the Court.

3. That the Clerk of Court shall automatically unseal the redacted subpoena after the passage of 180 days, subject to renewal, unless ordered otherwise by the Court.

Dated: February 27, 2025

BY THE COURT:

*Veronica L. Duffy*

VERONICA L. DUFFY
United States Magistrate Judge